UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES FLORES,<br><br>    Plaintiff,<br><br>  v.<br><br>CHILES BAR AND GRILL, et al.,<br><br>    Defendants. | **13-cv-1783 AWI-GSA**<br><br>**ORDER GRANTING IFP**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERRIFF**<br><br>**(Doc. 2)** |

Plaintiff Moses Flores ("Plaintiff"), proceeding pro se while incarcerated at Fresno County Jail, filed a complaint in this action on November 4, 2013. (Doc. 1). On the same date, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a), and, accordingly, his application to proceed in forma pauperis is GRANTED. However, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff remains obligated to pay the statutory filing fee of $400.00 for this action when funds exist. Accordingly, Plaintiff shall make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account at the Fresno County

1

Jail. 28 U.S.C. § 1915(b)(2). The Fresno County Sherriff or her designee is required to send to the Clerk of the Court payments from Plaintiff's jail trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff is hereby advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of every pro se complaint to determine whether the complaint is legally sufficient under the applicable pleading standards. The court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's complaint will be screened in due course.

## ORDER

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Fresno County Sheriff or her designee shall collect payments from Plaintiff's trust account at the Fresno County Jail in an amount equal to twenty per cent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of this Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $400.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Fresno County Sheriff or her designee at the Fresno County Jail, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated: **November 7, 2013**                  **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE