UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES FLORES,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHILES BAR AND GRILL, ET AL.,<br><br>                    Defendants. | No.  1:13-cv-01783-DAD-EPG<br><br>ORDER REISSUING MAGISTRAGTE JUDGE'S OCTOBER 9,2015 ORDER<br><br>(Doc. No. 30) |

Plaintiff Moses Flores filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 4, 2013. (Doc. No. 1.) On June 17, 2014, the then assigned Magistrate Judge issued an order dismissing plaintiff's original complaint with leave to amend. (Doc. No. 7.) On January 28, 2015, plaintiff filed a First Amended Complaint. (Doc. No. 18.) After being granted a motion for extension of time, plaintiff  filed a Second Amended Complaint which the then assigned Magistrate Judge again dismissed with leave to amend. (Doc. Nos. 25, 26, 28.)   On October 5, 2015, plaintiff filed another motion for extension of time in which to comply with the court's order and also included a notice of change of address to "1112 E. Tulare St, Visalia, CA 93277." (Doc. No. 29.) On October 9, 2015, the then assigned Magistrate Judge granted plaintiff's request for extension of time, provided Flores with until November 30, 2015 to file any Third Amended Complaint he wished to pursue, and advised him that any failure to file a Third Amended Complaint would result in the dismissal of this action. (Doc. No. 30.) The Magistrate

Judge's order, however, was returned by the U.S. Postal Service as undeliverable.  The Court has since discovered that plaintiff's new address was incorrectly entered on the docket as "112 E. Tulare, Visalia, CA 93277."  Consequently, to afford plaintiff proper notice, the Court will reissue the Magistrate Judge's October 9, 2015 order and provide plaintiff with additional time to file a Third Amended Complaint in this action.  The Court will also reattempt service of the subsequent orders reassigning this action to Magistrate Judge Erica P. Grosjean (Doc. No. 31) and to District Judge Dale A. Drozd (Doc. No. 32).

Accordingly,

1) The Clerk of the Court is directed to correct plaintiff's address of record on the docket to "1112 E. Tulare St, Visalia, CA 93277."

2) The Clerk of the Court is directed to reattempt service of the orders reassigning the action to Magistrate Judge Erica P. Grosjean (Doc. No. 31) and to District Judge Dale A. Drozd (Doc. No. 32).

3) Plaintiff's Motion for an Extension to file a Third Amended Complaint (Doc. 29) is GRANTED.  Plaintiff shall file the Third Amended Complaint no later than January 30, 2016.  Plaintiff is advised that future Motions to Extend will be looked upon with disfavor.  Plaintiff is also advised that failure to file the Third Amended Complaint by January 30, 2016 will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 11, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE